IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER LEE BARNES  No. 2:17-CV-1072-PK

Plaintiff,  ORDER

v.

JOE GUERRA, KEVIN BECKLEY, THERON
RUMSEY, and JAMES DEACON,

Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation [35] July 10, 2018, in which he recommends that the Court grant in part and deny in part Defendants' Motion for Summary Judgment [30]. Because neither party timely filed an objection to the Magistrate Judges Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only

1 – ORDER

for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [35]. Accordingly, Defendants' Motion for Summary Judgment [30] is GRANTED on Plaintiff's second, third, fourth, fifth, and sixth claims for relief. Summary Judgment is DENIED as to Plaintiff's first claim for relief.

IT IS SO ORDERED.

DATED this 4 day of September, 2018.

Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge